STATE OF CONNECTICUT *v.* WILLIE JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 477, is denied.

*Jeremiah Donovan,* in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 18, 1990

BETTY H. GRAY ET AL. *v.* COASTAL STATES
HOLDING COMPANY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 22 Conn. App. 497, is denied.

*Louis Ciccarello,* in support of the petition.

*Michael W. Lyons,* in opposition.

Decided September 18, 1990

WAINE A. HUGHES *v.* NATIONAL CAR
RENTAL SYSTEMS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 22 Conn. App. 586, is denied.

*Stewart M. Casper,* in support of the petition.

*J. Kevin Golger,* in opposition.

Decided September 18, 1990

LORI MARINO ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF WATERTOWN

The plaintiffs' petition for certification for appeal from the Appellate Court, 22 Conn. App. 606, is denied.

*Robert P. Hanahan,* in support of the petition.

*Franklin G. Pilicy,* in opposition.

Decided September 18, 1990